UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MICHAEL DOYLE<br><br>    Appellant,<br><br>AURORA LOAN SERVICES LLC<br><br>    Appellee. | **Case No. 11-03897 SBA**<br>The Hon. Saundra Brown Armstrong<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE BRIEF** |

    This matter comes before the Court on Appellees Aurora Loan Services LLC's (Aurora) Motion For Enlargement of Time to File a Response Brief. The Court, having reviewed the Motion and being otherwise sufficiently advised in the premises hereby grants the Motion.

    Aurora has up to and including December 2, 2011 to respond to plaintiff's Opening Brief. Appellant's reply shall be filed by no later than December 16, 2011. The hearing on the instant appeal will take place on March 20, 2012, at 1:00 p.m. The Court, in its discretion, may resolve the motion without oral argument. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether a court appearance is required. This Order terminates Docket 12.

    IT IS SO ORDERED.

SIGNED this 3rd day of November 2011.

ENTERED FOR THE COURT:

*Saundra B. Armstrong*
Saundra Brown Armstrong
U.S. District Judge

{22567660;1}

**ORDER**

1

CASE NO. 4:2011-CV-03897